[No. 32915-4-I.    Division One.    November 21, 1994.]

MELVIN G. CORLEY, ET AL, *Respondents,* v. THE HERTZ
CORPORATION, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 92-2-14122-1, Sharon S. Armstrong, J., entered

June 2, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster, C.J., and Baker, J. Now published at 76 Wn. App. 687.